WILLIAM B. RANKINE, Respondent, *v.* DE VEAUX COLLEGE FOR ORPHAN AND DESTITUTE CHILDREN et al., Appellants.

*Rankine* v. *De Veaux College for O. & D. Children*, 94 App. Div. 611, affirmed.
(Argued January 17, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 5, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John G. Milburn* for appellants.

*Francis Lynde Stetson* and *A. K. Potter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.